RECEIVED
JUL 31 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JESUS VALENCIA FARIAS<br>BOP #11408-078 | * | CIVIL ACTION NO. 2:16-CV-1028<br>SECTION P |
| v. | * | JUDGE JAMES T. TRIMBLE, JR. |
| BECKY CLAY | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that Farias's petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2241 be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Farias's request to hold his petition in abeyance pending resolution of the administrative process be and hereby is **DENIED**.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 31st day of July, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE